EARL VAN WIE, Respondent, v. SOL ULLMAN and INTERNATIONAL NUT COMPANY, INC., Appellants.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

APOLONIA WARDA, Respondent, v. STANISLAUS WARDA, Appellant.— Judgment affirmed, without costs. All concur. (The judgment is for plaintiff in an action for separation.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

FAY COURLIS, Appellant, v. HARRY LEVIN, Doing Business under the Assumed Business Name of H. L. HUNTER COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants defendant's motion to set aside the verdict of a jury in favor of plaintiff, and grants a new trial, in a negligence action.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

ELMER C. PAGEL, as Committee of the Person and Estate of MARGARET MATILDA KOLZ, an Incompetent Person, Respondent, v. ANDREW COUNT PULASKI, Appellant, and ALBERTINA BANKS SCHMEICHEL, Defendant.— Judgment affirmed, without costs. All concur. (The judgment is for plaintiff in an action to foreclose a lien on realty for payments toward the support of plaintiff's incompetent.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

In the Matter of the Petition of POSTAL TELEGRAPH-CABLE COMPANY, Respondent, against COUNTY OF ONONDAGA, Appellant, for the Determination of the Amount of Damages Sustained by Petitioner under the Provisions of Chapter 161 of the Laws of 1941 by Reason of the Abandonment of a Portion of the Belle-Isle-Amboy County Road No. 100 in Connection with the Extension of the Syracuse Municipal Airport.— Order affirmed, without costs. All concur. (The order grants petitioner's motion for appointment of commissioners of appraisal to determine the damage caused by the closing of a county road.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.